No. 93–536. ECHLIN v. LeCUREUX, WARDEN; and

No. 93–6317. JOHNSON v. LeCUREUX, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 93–537. YUTER v. TANDEM COMPUTERS INC. ET AL. C. A. Fed. Cir. Certiorari denied.

No. 93–540. SUNDWALL v. GENERAL BUILDING SUPPLY CO. App. Ct. Conn. Certiorari denied.

No. 93–544. MOLINA DE HERNANDEZ v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 93–545. LAZIRKO v. BRICKMAN-ABEGGLEN. Sup. Ct. Ohio. Certiorari denied.

No. 93–547. FRONTIER PILOTS LITIGATION STEERING COMMITTEE v. TEXAS AIR CORP. ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–549. LIFSCHULTZ FAST FREIGHT, INC. v. CONSOLIDATED FREIGHTWAYS CORPORATION OF DELAWARE ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–550. J. Z. G. RESOURCES, INC. v. SHELBY INSURANCE CO. C. A. 2d Cir. Certiorari denied.

No. 93–554. VELAZQUEZ ET AL. v. FIGUEROA-GOMEZ ET AL. C. A. 1st Cir. Certiorari denied.

No. 93–570. LANDGRAF, EXECUTRIX OF THE ESTATE OF LANDGRAF, DECEASED v. McDONNELL DOUGLAS HELICOPTER CO. C. A. 6th Cir. Certiorari denied.

No. 93–573. WESTFALL v. SOUTHWEST AIRLINES CO. C. A. 5th Cir. Certiorari denied.

No. 93–576. RIMMER v. OCTAGON GAS SYSTEMS, INC. C. A. 10th Cir. Certiorari denied.

No. 93–581. FLETCHER v. KIDDER, PEABODY & CO., INC. Ct. App. N. Y. Certiorari denied.